FILED

JUN 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name  AZCARATE    MARIO
        (Last)         (First)        (Initial)

3  Prisoner Number  LLI-186

4  Institutional Address  5325 Broder Blvd. Dublin

5  California, 94568 ALAMEDA County Jail.

6

                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA

8  MARIO AZCARATE                          CV 08              2773
   (Enter the full name of plaintiff in this action.)

9                                                                JSW

10          vs.                          Case No. _____
                                         (To be provided by the clerk of court)
11  U.S. Government
                                         PETITION FOR A WRIT
12                                       OF HABEAS CORPUS

13

14  (Enter the full name of respondent(s) or jailor in this action)

15

16                    Read Comments Carefully Before Filling In

17  When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1 | Who to Name as Respondent

2 |     You must name the person in whose actual custody you are. This usually means the Warden or

3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper

5 | respondents.

6 |     If you are not presently in custody pursuant to the state judgment against which you seek relief

7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8 | custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9 | was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11 |     1. What sentence are you challenging in this petition?

12 |       (a)   Name and location of court that imposed sentence (for example; Alameda

13 |           County Superior Court, Oakland):

14 |           SUPERIOR court - Northern Distr. San Francisco Cal.

15 |           Court                    Location

16 |       (b)   Case number, if known _____

17 |       (c)   Date and terms of sentence ___8/15/2007___

18 |       (d)   Are you now in custody serving this term? (Custody means being in jail, on

19 |           parole or probation, etc.)      Yes _X_   No ____

20 |           Where?

21 |           Name of Institution: ALAMEDA-County jail ~

22 |           Address: 5325 Broder Blvd. Dublin Ca. 94568

23 |     2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 | challenging more than one sentence, you should file a different petition for each sentence.) . . . . . .

26 |     Possesion with intent to distribute an ili-

27 |     cit substance .

28 | _____

PET. FOR WRIT OF HAB. CORPUS    - 2 -

3. Did you have any of the following?

    Arraignment:                                  Yes _____    No _____

    Preliminary Hearing:                Yes _____    No _____

    Motion to Suppress:              Yes _____    No _X_

4. How did you plead?

    Guilty _X_    Not Guilty _____    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _____    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?              Yes _____    No _✓_

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment             Yes _✓_    No _____

    (b)    Preliminary hearing      Yes _____    No _____

    (c)    Time of plea            Yes _X_    No _____

    (d)    Trial                   Yes _____    No _____

    (e)    Sentencing             Yes _✓_    No _____

    (f)    Appeal                 Yes _____    No _____

    (g)    Other post-conviction proceeding    Yes _____    No _____

8. Did you appeal your conviction?        Yes _____    No _✓_

    (a)    If you did, to what court(s) did you appeal?

              Court of Appeal            Yes _____    No _X_

              Year: _____    Result:_____

              Supreme Court of California    Yes _____    No _____

              Year: _____    Result:_____

              Any other court            Yes _____    No _____

              Year: _____    Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

1              petition?             Yes _____    No ✓

2       (c)    Was there an opinion?      Yes _____    No ✓

3       (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                              Yes _____    No ✓

5               If you did, give the name of the court and the result:

6               _____

7               _____

8 9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9 this conviction in any court, state or federal?      Yes _____    No ✗

10       [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11 challenged the same conviction you are challenging now and if that petition was denied or dismissed

12 with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13 for an order authorizing the district court to consider this petition. You may not file a second or

14 subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15 U.S.C. §§ 2244(b).]

16       (a)    If you sought relief in any proceeding other than an appeal, answer the following

17               questions for each proceeding. Attach extra paper if you need more space.

18          I.    Name of Court: _____

19                Type of Proceeding: _____

20                Grounds raised (Be brief but specific):

21                a._____

22                b._____

23                c._____

24                d._____

25                Result:_____ Date of Result:_____

26          II.    Name of Court: _____

27                Type of Proceeding: _____

28                Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS      - 4 -

1              a._____

2              b._____

3              c._____

4              d._____

5              Result: _____Date of Result:_____

6     III.    Name of Court: _____

7              Type of Proceeding: _____

8              Grounds raised (Be brief but specific):

9              a._____

10             b._____

11             c._____

12             d._____

13             Result: _____Date of Result:_____

14     IV.    Name of Court: _____

15              Type of Proceeding: _____

16              Grounds raised (Be brief but specific):

17              a._____

18             b._____

19             c._____

20             d._____

21             Result: _____Date of Result:_____

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                  Yes \_\_\_\_\_    No\_\_\_\_\_

24             Name and location of court: _____

25 **B. GROUNDS FOR RELIEF**

26        State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied? What happened?

28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1    need more space.  Answer the same questions for each claim.

2        [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3    petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4    499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5        Claim One: _Thirteen (13) months concentration-_

6    _dits._

7        Supporting Facts: _ACTUAL TIME - SPENT IN custody in_

8    _(England) waiting on extradition warrant._

9        _____

10        _____

11        Claim Two: _Entitled to credit_

12        _____

13        Supporting Facts: _Being in custody in England_

14    _(London) 13 months waiting for warrant to_

15    _be served._

16        _____

17        Claim Three: _Inadequate counsel._

18        _____

19        Supporting Facts: _____

20        _____

21        _____

22        _____

23        If any of these grounds was not previously presented to any other court, state briefly which

24    grounds were not presented and why:

25    _____

26    _____

27    _____

28    _____

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3  of these cases:

4  _____

5  _____

6  _____

7  Do you have an attorney for this petition?                Yes_X_   . No____

8  If you do, give the name and address of your attorney: *tel (510) 465 6363

9  *Dennis Robert's - 370 Grant ave. Okland Ca 94610*

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on __5/17/2008__              __Mazeard__

14            Date                        Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS         - 7 -

to: Honorable Judge Jeofrey's White:

Dear Judge: Following up after my appearance in court the 17 of april, I feel compell to send this petition to the court on the ground that a process had all ready started - when your honor wrote an order - to the government and Bureau of prisons to show due cause, no question of jurisdiction was raised then, and they follow the order, so a process all ready started and I feel a continuance is in order. If the question of jurisdiction was no raised then, it's my feeling, it's not applicable now, that, as I said before a process had all ready started. Adding to that, that day in court, your honor mentioned that the court resentence me, but that perhaps it was too late; but, I happened to find out that it's not too late; I was sentenced in august last year, it's not a year yet. These and other issues were not brought out at that time, to the light of the court, that's why I'm writing this petition. Yo year, honor might remember, counsel at that time manifested to the court, that from then on I have to figure

out a way to represent myself; I had found that, a lawyer that is very familiar with my case and had represented me before, and that I had kept in communication and informing him up to this date about my case, is willing to assist me in this last episode of my sentencing; his name, address and telephone # is at the end of this petition. In this way I'm following instruction that the court gave to me before; when it did emphasize to me to communicate to the court through counsel.

I will must gratefull to your honor for the consideration and attention your honor give to this matter.

Respectfully

Maria Ricard